# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TRENT JENKINS** | **CASE NO. 6:25-CV-01037** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **IN & OUT AUTO REPAIR SHOP ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous for lack of jurisdiction.

Signed at Lafayette, Louisiana, this 8th day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE